[No. 21039-8-II.   Division Two.   May 29, 1998.]

WASHINGTON MUTUAL SAVINGS BANK, *Respondent*, v.
GOLDIE THURMOND, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-06278-0, Frederick W. Fleming, J., entered
July 19, 1996. *Reversed* by unpublished opinion per Bridge-
water, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 21273-1-II.   Division Two.   May 29, 1998.]

JULIA M. METZ, *Respondent*, v. DOLORES K. SARANDOS, ET
AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 95-2-01245-2, Karen B. Conoley, J., entered
October 10, 1996. *Reversed* by unpublished opinion per
Hunt, J., concurred in by Houghton, C.J., and Seinfeld, J.
Now published at 91 Wn. App. 357.

[No. 21392-3-II.   Division Two.   May 29, 1998.]

*In the Matter of the Welfare of* D.F.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent*, v. J.G., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 95-7-00188-2, James D. Roper, J., entered
November 1, 1996. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 21485-7-II.   Division Two.   May 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO
FLORES-CID, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 96-1-00330-4, David E. Foscue, J.,
entered December 2, 1996. *Affirmed* by unpublished
opinion per Armstrong, J., concurred in by Morgan and
Seinfeld, JJ.